# EXHIBIT A

# SUMMONS ON COMPLAINT

Court of Common Pleas, Mahoning County
120 Market Street
Youngstown, Ohio 44503

**RECEIVED**

FEB 2 1 2007

TRANSUNION
LEGAL DEPT

## S U M M O N S ON COMPLAINT
Rule 4 Ohio Rules of Civil Procedure

Case No. 2007 CV 00435

| | | |
|---|---|---|
| MATHEW TAYLOR | -vs- | LVNV FUNDING LLC |
| 218 CANTERBURY CT | | 15 SOUTH MAIN ST STE 700 |
| COLUMBIANA, OH 44408 | | GREENSVILLE, SC 29601 |

TO: **TRANS UNION LLC**   **555 WEST ADAMS ST
CHICAGO, IL 60661**

Defendant

To the above named defendant(s): (See attached complaint for additional parties)

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against by in this court by the plaintiff(s) named herein.

You are required to serve upon the plaintiff('s') attorney, or upon the plaintiff(s) if he/she/they has/have no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three (3) days after service on plaintiff(s) attorney.

The name and address of the plaintiff('s') attorney is as follows:

> RALPH A. ZUZOLO JR
> 700 YOUNGSTOWN-WARREN RD
> NILES, OHIO 44446
> NILES OH 44446

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

ANTHONY VIVO
Mahoning County Clerk of Courts

February 15, 2007

By: N. Dascenzo
Deputy Clerk



Summons issued to additional defendants:

    LVNV FUNDING LLC    15 SOUTH MAIN ST STE 700   GREENSVILLE SC 29601
    RESURGENT CAPITAL SERVICES LP    15 S MAIN ST, STE 600   GREENVILLE SC 29601